UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81083-Civ-Cannon/Reinhart

CRAIG ZOBEL,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

      Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT
AND TO ADJUST SCHEDULING ORDER DEADLINES (ECF NO. 13)**

THIS CASE is before this Court upon Plaintiff's Unopposed Motion For Extension of Time to File Motion for Summary Judgment and to Adjust Scheduling Order Deadlines ("Motion"). ECF No. 13. It is hereby ORDERED:

(1) The Motion is GRANTED;

(2) Plaintiff shall file his motion for summary judgment on or before thirty (30) days from the date of this Order;

(3) Defendant shall file its response to Plaintiff's motion for summary judgment and Defendant's motion for summary judgment within thirty (30) days after Plaintiff files his motion for summary judgment.

(4) Plaintiff may respond to Defendant's motion for summary judgment and reply to Plaintiff's motion for summary judgment within thirty (30) days after Defendant files its response and motion as set forth above.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of December, 2022.

_____
BRUCE E. REINHART
United States Magistrate Judge