UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-81083-CANNON/REINHART

CRAIG ZOBEL,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION TO TAX COSTS [ECF Nos. 42, 45]

Plaintiff moves to tax costs following Judge Cannon's Order granting his Motion for Summary Judgment and remanding the matter to the Commissioner of Social Security to conduct further proceedings. ECF Nos. 31, 42, 45.

Plaintiff seeks reimbursement of $402.00 in costs for the filing fee paid in this case. ECF No. 45. The EAJA permits an award of costs to the prevailing party as enumerated in 28 U.S.C. § 1920. *See* 28 U.S.C. § 2412(a)(1), (d)(1)(A); *Ochoa v. Commissioner of Social Security*, No. 19-cv80802, 2020 WL 4208042, at *3 (S.D. Fla. July 22, 2020). Plaintiff is the prevailing party in this case. The filing fee is a taxable cost and should be awarded.

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court grant Plaintiff's Motion to Tax Costs in that Plaintiff recovers costs in the amount of $402.00.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 24th day of March 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE